IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marybeth Jamerson,<br><br>     Plaintiff,<br><br>     v.<br><br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Experian Information Solutions, Inc.,<br>Ally Financial, Inc.<br><br>     Defendants. | Case No. 3:21-cv-15-MAB<br><br>Hon. Mark A. Beatty,<br>Magistrate Judge |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorney, respectfully moves this Court for an order extending Experian's time to answer or otherwise plead up to and including March 3, 2021.  In support of this Motion, Experian states as follows:

1. Plaintiff Marybeth Jamerson ("Plaintiff") filed her Complaint against Experian on or about January 7, 2021.

2. Experian was served on January 20, 2021, making Experian's answer due February 10, 2021.

3. Experian now seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including March 3, 2021, so that Experian may investigate the allegations of the Complaint and prepare an appropriate response.

4. This is the first request for additional time sought by Experian in this action.

5. This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

6. On January 27, 2021, Experian's counsel emailed Plaintiff's counsel regarding the relief requested herein.  On January 28, 2021 Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

WHEREFORE, for the foregoing reasons, Defendant Experian Information Solutions, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until March 3, 2021.

Dated: January 28, 2021

By: /s/ *Mackenzie R. Salvi*
Mackenzie R. Salvi
msalvi@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601.1692
Telephone:  +1.312.782.3939
Facsimile:  +1.312.782.8585

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 28, 2021 a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                      /s/ *Mackenzie R. Salvi*

                      *Counsel for Defendant*
                      *Experian Information Solutions, Inc.*